UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                              :

SAMUEL LOPEZ,

                              Plaintiff,

                                                          24-CV-7320 (VSB)
                 -against-

                                                            **ORDER**

J. JEAN REALTY INC. and TRAPIZZINO
LES LLC,

                            Defendants.

----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on September 27, 2024, (Doc. 1), and filed affidavits of service on January 2, 2025, (Docs. 8, 9). The deadline for Defendants to respond to Plaintiff's complaint was October 29, 2024. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 17, 2025. If Plaintiff fails to do so or otherwise demonstrate that Plaintiff intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 3, 2025
              New York, New York

                                                                      _____
                                                                      VERNON S. BRODERICK
                                                                      United States District Judge