UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SAMUEL LOPEZ,                                          :
                                                       :
                           Plaintiff,                  :
                                                       :           24-CV-7320 (VSB)
                - against -                            :
                                                       :           **ORDER**
                                                       :
J. JEAN REALTY INC. and TRAPIZZINO               :
LES LLC,                                               :
                                                       :
                           Defendants.                 :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the hearing scheduled for April 4, 2025 is adjourned sine die.

    IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 1, 2025
       New York, New York

                                                     Vernon S. Broderick
                                                   United States District Judge